```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 48649
    KRISTINE A VASSER
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5455
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/11/05 and confirmed on 12/23/05.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 5058.92 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED | 8775.00 | 992.51 | 1464.02 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 19359.12 | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1066.50 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 140.00 | .00 | .00 |
| CHECK RITE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE TALMAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 186.47 | .00 | .00 |
| OMNIUM WORLDWIDE INC | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| OXFORD COLLECTION SRVS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOANS INC | UNSECURED | NOT FILED | .00 | .00 |
| PRESIDIO | UNSECURED | NOT FILED | .00 | .00 |

```
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED           .00            .00
PVN/C                     UNSECURED        NOT FILED           .00            .00
RISCUITY                  UNSECURED        NOT FILED           .00            .00
MCSI                      UNSECURED        NOT FILED           .00            .00
MCSI                      UNSECURED        NOT FILED           .00            .00
ILLINOIS STUDENT ASSIST   UNSECURED        11807.78            .00            .00
SALLIE MAE SERVICING COR  UNSECURED        NOT FILED           .00            .00
SALLIE MAE SERVICING COR  UNSECURED        NOT FILED           .00            .00
SALLIE MAE SERVICING COR  UNSECURED        NOT FILED           .00            .00
SALLIE MAE SERVICING COR  UNSECURED        NOT FILED           .00            .00
TOM & CATHERINE TOMARAS   UNSECURED         6289.61            .00            .00
MCSI                      UNSECURED        NOT FILED           .00            .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED           .00            .00
CYBRCOLLECT               UNSECURED        NOT FILED           .00            .00
ZALUTSKY & PINSKI         REIMBURSEMENT      194.00            .00         194.00
DRIVE FINANCIAL SERVICES  UNSECURED         3901.21            .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8775.00       194.00     42750.69          .00      51719.69
PRINCIPAL PAID      1464.02       194.00          .00          .00       1658.02
INTEREST PAID        992.51          .00          .00          .00        992.51
TOTAL PAID          2456.53       194.00          .00          .00       2650.53
```

The Debtor's attorney, ZALUTSKY & PINSKI          , was allowed $    2200.00
and was paid $    2200.00 .

The Trustee received $      208.39 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/10/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

```
                            PAGE   3
     CASE NO. 05 B 48649 KRISTINE A VASSER
```